1

2

3                          UNITED STATES DISTRICT COURT

4                         EASTERN DISTRICT OF CALIFORNIA

5

6    MITCH DAVENPORT, as an              No.  2:13-cv-02159-GEB-KJN
     individual and on behalf of
7    all others similarly
     situated,
8                                        **DECLINATION TO ISSUE A**
                 Plaintiffs,             **REASSIGNMENT ORDER**
9
          v.
10
     THE WENDY'S COMPANY, a
11   foreign corporation; WENDY'S
     RESTAURANTS, LLC, a foreign
12   limited liability company;
     WENDY'S INTERNATIONAL INC.,
13   (dba THE WENDY'S RESTAURANT
     SYSTEM IN THE UNITED STATES)
14   a foreign corporation; and
     DOES 1-20, inclusive,
15
                 Defendants.
16
     MITCH DAVENPORT, as an              No.  2:14-cv-00931-JAM-DAD
17   individual and on behalf of
     all others similarly
18   situated,
19               Plaintiffs,
20        v.
21   THE WENDY'S COMPANY, a
     foreign corporation; WENDY'S
22   RESTAURANTS LLC, a foreign
     limited liability company;
23   WENDY'S INTERNATIONAL, INC.
     (dba THE WENDY'S RESTAURANT
24   SYSTEMS IN THE UNITED
     STATES), a foreign
25   corporation; and DOES 1
     through 20, inclusive,
26
                 Defendants.
27

28
                                    1

1    The Notice of Related Cases concerning the above-
2  captioned cases filed April 17, 2014, has been considered.
3  (Defs.' Notice of Related Cases, ECF No. 22, No. 2:13-cv-02159-
4  GEB-KJN.)

5    Defendants removed the earlier-filed putative class
6  action, Case No. 2:13-cv-02159-GEB-KJN, on traditional diversity
7  grounds. (Notice of Removal, ECF No. 1, No. 2:13-cv-02159-GEB-
8  KJN.) That action was remanded on December 24, 2013, since
9  Defendants failed to show satisfaction of the amount-in-
10  controversy requirement. (Order, Dec. 24, 2013, ECF No. 17, No.
11  2:13-cv-02159-GEB-KJN.) In addition to the remand order, the
12  Court denied Defendants' requests to stay and to reconsider the
13  remand order. (Order, Jan. 8, 2014, ECF No. 20, No. 2:13-cv-
14  02159-GEB-KJN.) No other judicial work was expended in that
15  action.

16    The more recently filed putative class action, Case No.
17  2:14-cv-00931-JAM-DAD, was removed under the Class Action
18  Fairness Act, (Notice of Removal, ECF No. 1, No. 2:14-cv-00931-
19  JAM-DAD), and it has not been shown that reassignment of that
20  action "is likely to effect a savings of judicial effort or other
21  economies." E.D. Cal. R. 123(c). Therefore, a reassignment order
22  is not issued.

23  Dated:  April 22, 2014

24

25    _____
26    GARLAND E. BURRELL, JR.
27    Senior United States District Judge

28

2