GREENBERG TRAURIG, LLP
Mark D. Kemple (SBN 145219)
Adil M. Khan (SB 254039)
Ashley M. Farrell (SBN 271825)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  (310) 586-7700
Facsimile:   (310) 586-7800
Email:            kemplem@gtlaw.com
Email:            khanad@gtlaw.com
Email:            farrella@gtlaw.com

Attorneys for Defendants
WENDY'S INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH DAVENPORT, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE WENDY'S COMPANY, a foreign corporation, WENDY'S RESTAURANTS LLC, a foreign limited liability company, WENDY'S INTERNATIONAL, INC. (dba THE WENDY'S RESTAURANT SYSTEMS IN THE UNITED STATES), A FOREIGN CORPORATION, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-CV-00931-JAM-DAD<br><br>**JOINT STIPULATION AND ORDER REGARDING SCHEDULE FOR CLASS CERTIFICATION MOTION**<br><br>Filed:　　August 5, 2013<br>Trial Date:　Not Set |

Plaintiff Mitch Davenport ("Plaintiff") and Defendant Wendy's International, Inc. ("Defendant"), having met and conferred, hereby stipulate as provided below, in light of the following facts:

1. On April 15, 2014, Defendant removed this action to this Court. On April 21, 2014, Defendant filed a Motion to Dismiss this action and also to Strike the class allegations. On May 1, 2014, Plaintiff filed a Motion to Remand.

2. On June 17, 2014, this Court issued a Scheduling Order setting a date of January 5, 2015 for Plaintiff to file his Motion for Class Certification and also set a briefing schedule for the class certification motion. (See, Docket Number 19.)

3. On July 28, 2014, this Court issued an Order denying Plaintiff's Motion to Remand and also denying Defendant's Motion to Dismiss/Strike. (See, Docket Number 20.)

4. Prior to receiving the Court's July 28, 2014 Order, Plaintiff served Defendant with Interrogatories, Document Requests and a Rule 30(b)(6) deposition notice. However, in light of the fact that the Court had not yet ruled on Plaintiff's Motion to Remand and Defendant's Motion to Dismiss/Strike, the parties agreed that the discovery would be put on hold pending this Court's rulings on the aforementioned motions.

5. The parties are currently engaged in discovery relating to class certification issues. However, there are numerous discovery disputes between the parties concerning Plaintiff's Interrogatories, Document Requests and the Rule 30(b)(6) deposition notice. Although the parties are continuing to meet and confer regarding their discovery disputes, a Motion to Compel has been filed by Plaintiff concerning some of the discovery disputes at issue. Although the parties are hopeful that they will be able to resolve the remaining discovery disputes, another Motion to Compel may be necessary.

6. In addition to the above, the parties have agreed to explore resolution of this matter and are in the process of researching proposed mediators and their availability. It is anticipated that any mediation will not take place until mid-October, at the earliest.

7. Based on the above, Plaintiff does not have sufficient time to complete necessary discovery, prepare for and attend a mediation, and prepare and file his motion for class certification on or before the current January 5, 2015 deadline.

8. This is the parties' first request for a continuance.

NOW, THEREFORE, Plaintiff and Defendant stipulate and agree that:

1. Plaintiff's deadline to file and serve his anticipated motion for class certification shall be extended from January 5, 2015, to March 19, 2015. The parties further agree that Defendant's Opposition to Plaintiff's Motion for Class Certification will be due on May 7, 2015 and Plaintiff's Reply will be due on June 19th. The time frames associated with this proposed briefing schedule are commensurate with the time frames provided by the Court in its June 17, 2014 Scheduling Order. (See, Docket Number 19)

**IT IS SO STIPULATED.**

DATED: September 10, 2014         JONES LAW FIRM


                                  By: /s/ Charles A.Jones
                                      Charles A. Jones
                                      Attorneys for Plaintiff Mitch Davenport

2
**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR CLASS CERTIFICATION MOTION**

LA 131594554v1

LA 131595237v1

DATED:  September 10, 2014        GREENBERG TRAURIG, LLP

                                            By:  /s/ Mark D. Kemple
                                                   Mark D. Kemple
                                                   Adil M. Khan
                                                   Ashley M. Farrell

                                          Attorneys for Defendant Wendy's International, Inc.

3

**JOINT STIPULATION AND [PROPOSED]  ORDER REGARDING SCHEDULE FOR CLASS CERTIFICATION MOTION**

LA 131594554v1

LA 131595237v1

# ORDER

This matter having come before the Court on the Stipulation of the parties for an extension of time for Plaintiff to file his Motion for Class Certification and related briefing schedule, and the Court, having considered the matter and good cause appearing therefore it is hereby ORDERED THAT:

1. The deadline for Plaintiff to file and serve his Motion for Class Certification shall be extended from January 5, 2015, to March 19, 2015;

2. Defendant's Opposition to Plaintiff's Motion for Class Certification must be filed on or before May 7, 2015;

3. Plaintiff's Reply in support of his Motion for Class Certification must be filed on or before June 19, 2015; and

4. The Hearing on Plaintiff's Motion for Class Certification shall take place on July 15, 2015 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: September 10, 2015

                                           /s/ John A. Mendez
                               HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT
                                          JUDGE