UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH DAVENPORT, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE WENDY'S COMPANY, a foreign corporation, WENDY'S RESTAURANTS LLC, a foreign limited liability company, WENDY'S INTERNATIONAL, INC. (dba THE WENDY'S RESTAURANT SYSTEMS IN THE UNITED STATES), a foreign corporation,<br><br>　　　　　　Defendants. | No.  2:14-cv-0931 JAM DAD<br><br><br>ORDER |

On September 19, 2014, this matter came before the undersigned for hearing of plaintiff's motion to compel discovery.  Attorney Charles Jones appeared on behalf of the plaintiff and attorney Ashley Farrell appeared telephonically on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion to compel (Dkt. No. 22) is granted;

　　2. Defendant shall produce the discovery to the plaintiff within 21 days of the September 19, 2014 hearing;

1

      3. Within those 21 days defendant shall not contact putative class members for the purposes of obtaining declarations from them; and

      4. If during the 21-day period defendants determine that additional time is needed, defendants may request additional time to comply with the court's order.

Dated: September 24, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\davenport0931.oah.091914.docx