1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH DAVENPORT, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>THE WENDY'S COMPANY, a foreign corporation, WENDY'S RESTAURANTS LLC, a foreign limited liability company, WENDY'S INTERNATIONAL, INC. (dba THE WENDY'S RESTAURANT SYSTEMS IN THE UNITED STATES), A FOREIGN CORPORATION, and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 2:14-CV-00931-JAM-DAD<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING SCHEDULE FOR CLASS CERTIFICATION MOTION**<br><br>Filed:      August 5, 2013<br>Trial Date:  Not Set |

## ORDER

This matter having come before the Court on the Stipulation of the parties for an extension of time for Plaintiff to file his Motion for Class Certification and related briefing schedule, and the Court, having considered the matter and good cause appearing therefore it is hereby ORDERED THAT:

1. The deadline for Plaintiff to file and serve file and serve his Motion for Class Certification shall be extended from March 19, 2015 to April 23, 2015;

2. Defendant's Opposition to Plaintiff's Motion for Class Certification must be filed on or before June 15, 2015;

3. Plaintiff's Reply in support of his Motion for Class Certification must be filed on or before July 28, 2015, and

4. The Hearing on Plaintiff's Motion for Class Certification shall take place on August 19, 2015 at 9:30 a.m.

**IT IS SO ORDERED.**

**Dated: January 12, 2015**

/s/ John A. Mendez
U. S. District Court Judge

1

[PROPOSED] ORDER

LA 131958539v1