1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCH DAVENPORT, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>THE WENDY'S COMPANY, a foreign corporation, WENDY'S RESTAURANTS LLC, a foreign limited liability company, WENDY'S INTERNATIONAL, INC. (dba THE WENDY'S RESTAURANT SYSTEMS IN THE UNITED STATES), A FOREIGN CORPORATION, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:14-CV-00931-JAM-DAD<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING SCHEDULE FOR CLASS CERTIFICATION MOTION**<br><br>Filed:  August 5, 2013<br>Trial Date: Not Set |

## ORDER

This matter having come before the Court on the Stipulation of the parties for an extension of time for Plaintiff to file his Motion for Class Certification and related briefing schedule, and the Court, having considered the matter and good cause appearing therefore it is hereby ORDERED THAT:

1.     The deadline for Plaintiff to file and serve file and serve his Motion for Class Certification shall be extended from April 23, 2015 to May 29, 2015;

2.     Defendant's Opposition to Plaintiff's Motion for Class Certification must be filed on or before July 24, 2015;

3.     Plaintiff's Reply in support of his Motion for Class Certification must be filed on or before August 21, 2015, and

4.     The Hearing on Plaintiff's Motion for Class Certification shall take place on September 2, 2015 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: April 6, 2015

            ___/s/ John A. Mendez_____
                HONORABLE JOHN A. MENDEZ

[PROPOSED] ORDER

LA 132075306v1