1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH DAVENPORT, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>THE WENDY'S COMPANY, a foreign corporation, WENDY'S RESTAURANTS LLC, a foreign limited liability company, WENDY'S INTERNATIONAL, INC. (dba THE WENDY'S RESTAURANT SYSTEMS IN THE UNITED STATES), A FOREIGN CORPORATION, and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 2:14-CV-00931-JAM-DAD<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING CONTINUANCE OF CLASS CERTIFICATION HEARING DUE TO CALIFORNIA SUPREME COURT HEARING CONFLICT**<br><br>Filed:        August 5, 2013<br>Trial Date:  Not Set |

[PROPOSED] ORDER

LA 132289245v2

## ORDER

This matter having come before the Court on the Stipulation of the Parties for a continuance of the hearing on Plaintiff's Motion for Class Certification and Motion to Strike, and the Court, having considered the matter, the (arties having stipulated, and for good cause appearing, hereby ORDERS THAT:

1. Plaintiff's Motion for Class Certification (Docket No. 45) shall be continued from October 7, 2015 to October 21, 2015 at 9:30 a.m. before the Honorable John A. Mendez;

2. Plaintiff's Motion to Strike Declarations Obtained by Wendy's From Putative Class Members (Docket No. 74) shall be continued from October 7, 2015 to October 21, 2015 at 9:30 a.m. before the Honorable John A. Mendez;

3. Plaintiff's Reply on his Motion for Class Certification remains due on September 16, 2015 (as set by prior Court Order);

4. Defendant's Opposition to Plaintiff's Motion to Strike will be filed on September 29, 2015;

5. Plaintiff's response to evidentiary objections on the Motion for Class Certification will be filed on or before October 7, 2015;

6. Plaintiff's Reply in support of his Motion to Strike will be filed on or before October 14, 2015.

**IT IS SO ORDERED.**

Dated: 9/11/ 2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
JUDGE