# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH DAVENPORT, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>THE WENDY'S COMPANY, a foreign corporation, WENDY'S RESTAURANTS LLC, a foreign limited liability company, WENDY'S INTERNATIONAL, INC. (dba THE WENDY'S RESTAURANT SYSTEMS IN THE UNITED STATES), A FOREIGN CORPORATION, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:14-CV-00931-JAM-DAD<br><br>**ORDER DENYING PLAINTIFF MITCH DAVENPORT'S MOTION TO CERTIFY CLASS [DOCKET 45], AND MOTION TO STRIKE DECLARATIONS OBTAINED BY DEFENDANT FROM PUTATIVE CLASS MEMBERS [DOCKET 74]** |

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO CERTIFY CLASS AND PLAINTIFF'S MOTION TO STRIKE DECLARATIONS OBTAINED BY DEFENDANT

*LA 132359996v1*

**ORDER**

The Court, having considered Plaintiff Mitch Davenport's ("Plaintiff's") Motion to Certify Class [Docket 45], and Plaintiff's Motion to Strike Declarations Obtained by Defendant from Putative Class Members [Docket 74], hereby Orders as follows:

1. Plaintiff's Motion to Certify Class [Docket 45] is hereby DENIED for the reasons stated on the record at the October 21, 2015 hearing (the transcript of which is expected to be available on or about November 23, 2015), including that Plaintiff failed to establish predominance and superiority as required under Fed. Rule. Civ. Proc. 23;

2. Plaintiff's Motion to Strike Declarations Obtained by Defendant from Putative Class Members [Docket 74] is hereby DENIED for the reasons stated on the record at the October 21, 2015 hearing (the transcript of which is expected to be available on or about November 23, 2015).

**IT IS SO ORDERED.**

DATED:  11/9/2015                              /s/ John A. Mendez
                                               Honorable John A. Mendez,
                                               United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO CERTIFY CLASS AND PLAINTIFF'S MOTION TO STRIKE DECLARATIONS OBTAINED BY DEFENDANT

*LA 132359996v1*