1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| MITCH DAVENPORT, | Case No. 2:14-CV-931-JAM-CKD |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO STAY ALL DEADLINES AND EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | |
| THE WENDY'S COMPANY, a foreign corporation, WENDY'S RESTAURANTS, LLC, a foreign limited liability company, WENDY'S INTERNATIONAL INC., (dba THE WENDY'S RESTAURANT SYSTEM IN THE UNITED STATES) a foreign corporation, and DOES 1-20, inclusive, | |
| Defendants. | |

[PROPOSED] ORDER

*LA 132636537v1*

**ORDER**

This matter having come before the Court on the Stipulation of Plaintiff and Defendant Wendy's International, LLC (collectively "Parties") for a stay of all deadlines and an extension of time set under Eastern District Local Rule 160 for the Parties to file dispositional documents, and the Court, having considered the matter and good cause appearing therefore it is hereby ORDERED THAT:

1. All deadlines in this matter are hereby stayed while the Parties finalize the Parties' settlement;

2. The Parties shall submit all documents necessary to effectuate dismissal on or before September 19, 2016;

3. In the event the Parties fail to file all documents necessary to effectuate dismissal by September 19, 2016, the Court will set a hearing to determine the status of the settlement.

**IT IS SO ORDERED.**

Dated: 6/23/2016

/s/ John A. Mendez_____

HONORABLE JOHN A. MENDEZ