1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH DAVENPORT,<br><br>    Plaintiff,<br><br>vs.<br><br>WENDY'S INTERNATIONAL LLC, F/K/A WENDY'S INTERNATIONAL, INC., a foreign corporation, and DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO. 2:14-cv-931 JAM CKD<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**<br><br>Judge:     Hon. John A. Mendez |

The Court, having considered Plaintiff Mitch Davenport ("Plaintiff") and Defendant Wendy's International LLC, f/k/a Wendy's International, Inc. ("Defendant") (collectively "the Parties") Joint Notice of Settlement and Stipulation for Dismissal with Prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), hereby ORDERS:

1. the above-entitled action is hereby dismissed in its entirety and with prejudice; and
2. each party shall bear its own costs, including attorneys' fees, with no admission of liability by any party.

Dated:  8/31/2016

                                            /s/ John A. Mendez
                                            John A. Mendez
                                    United States District Court Judge